## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JEFFREY SNYDER,<br><br>  Defendant. | NO. CR09-40-JLR<br><br>SUMMARY REPORT OF<br>U.S. MAGISTRATE JUDGE AS<br>TO ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

An evidentiary hearing on a petition for violation of supervised release in this case was scheduled before the undersigned Magistrate Judge on April 7, 2010. The United States was represented by Assistant United States Attorney Nicholas Brown, and the defendant by Robert Perez. The proceedings were digitally recorded.

The defendant had been charged and convicted of Money Laundering, in violation of 18 U.S.C. § 1957. On or about December 10, 2007, defendant was sentenced by the Honorable James L. Robart to a term of twelve months in custody, to be followed by three years supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, financial disclosure, no possession of firearms, search, prohibited from incurring new credit charges, opening additional lines of

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 1

1  credit, or negotiating or consummating any financial contracts, and cooperate with and arrange
2  with the Internal Revenue Service to pay all past and present taxes and penalties owed.
3        In a Petition for Warrant or Summons dated February 23, 2010, U.S. Probation Officer
4  Sara K. Moore asserted the following violations by defendant of the conditions of his
5  supervised release:

6      1)    Failing to notify the probation officer at least ten days prior to any changes in
7            employment by failing to report employment at Regenesis 2 X 2 in January
8            2009, in violation of standard condition 6.

9      2)    Failing to submit a truthful and complete written report to the probation office
10           between February 2009 and July 2009, in violation of standard condition 2.

11     3)    Failing to notify third parties of risks that may be occasioned by the defendant's
12           criminal record or personal history or characteristics in violation of standard
13           condition 13.

14     4)    Associating with William Snyder, a person engaged in criminal activity, in
15           violation of standard condition 9.

16     5)    Failing to provide the probation office with requested financial information, in
17           violation of the special condition requiring him to provide the probation officer
18           with access to any requested financial information, including personal income
19           tax returns, and any other business financial information in which the defendant
20           has a control or interest.

21       On March 1, 2010, defendant made his initial appearance. The defendant was advised
22 of the allegations and advised of his rights. On April 7, 2010, this matter came before the
23 Court for an evidentiary hearing. Defendant admitted to violations 1, 4 and 5. Alleged
24 violations 2 and 3 were dismissed without prejudice by the government.
25       I therefore recommend that the Court find the defendant to have violated the terms and
26 conditions of his supervised release as alleged in violations 1, 4 and 5, and that the Court

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 2

conduct a hearing limited to disposition.  A disposition hearing on these violations has been set before the Honorable James L. Robart on April 26 2010 at 10:15 a.m.

Pending a final determination by the Court, the defendant has been released, subject to supervision.

DATED this 7th day of April, 2010.

_____
JAMES P. DONOHUE
United States Magistrate Judge

cc:  District Judge:         Honorable James L. Robart
     AUSA:                   Nicholas Brown
     Defendant's attorney:   Robert Perez
     Probation officer:      Sara K. Moore

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 3